No. —. HUMES *v.* LEAVENWORTH COUNTY SELECTIVE SERVICE BOARD ET AL. (317 U. S. 598);

No. 245. ZIFFRIN, INCORPORATED, *v.* UNITED STATES ET AL.;

No. 281. MASON, ADMINISTRATOR, *v.* FEDERAL LAND BANK OF BERKELEY (317 U. S. 699);

No. 300. PALMER ET AL., TRUSTEES, *v.* HOFFMAN, ADMINISTRATOR;

No. 332. LEISHMAN *v.* ASSOCIATED WHOLESALE ELECTRIC CO.;

No. 405. GARLINGTON ET VIR *v.* WASSON;

No. 603. OHIO EX REL. SQUIRE, SUPERINTENDENT OF BANKS, *v.* PORTER; and

No. 604. SQUIRE, SUPERINTENDENT OF BANKS, *v.* MERRIAM. March 1, 1943. Petitions for rehearing denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of these applications.